GIBSON & DAVIS, for appellant. HARSH, BEDDOW & FITTS, for appellee.

WALKER, P. J.—None of the assignments are insisted upon so as to require consideration. Affirmed.

---

### MCCARLEY V. THE STATE.
(Decided February 12, 1914.)

APPEAL from Morgan Law and Equity Court.

Heard before Hon. THOMAS W. WERT.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

PELHAM, J.—No error. Affirmed.

---

### McLAUGHLIN, ET AL. V. TRIPLETT.
(Decided November 13, 1913.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

STERLING A. WOOD and CLEMENT R. WOOD, for appellant. CHARLES A. CALHOUN, for appellee.

Per curiam. Dismissed by agreement.

---

### MASON, ET AL. V. THE STATE.
(Decided November 25, 1913.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—No error. Affirmed.

---

### MASON V. THE STATE.
(Decided November 26, 1913.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—No error. Affirmed.